UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SALLY R. HANSEN,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case Nos. 2:16-cv-00176-BLW<br>2:15-cr-00002-BLW<br><br>JUDGMENT |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the motion to vacate, set aside, or correct sentence (Civ. Dkt. 1) and (Crim. Dkt. 37) is DENIED and this action is DISMISSED. The Clerk is directed to close this case.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that no certificate of appealability shall issue. Petitioner is advised that she may still request a certificate of appealability from the Ninth Circuit Court of Appeals pursuant to Federal Rule of Appellate Procedure 22(b) and Local Ninth Circuit Rule 22-1. To do so, she must file a timely notice of appeal.

**JUDGMENT - 1**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that if Petitioner files a timely notice of appeal, and not until such time, the Clerk of Court shall forward a copy of the notice of appeal, together with this Order, to the Ninth Circuit Court of Appeals.

DATED: July 27, 2018

_____
B. Lynn Winmill
Chief U.S. District Court Judge